IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:11CR3114 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERVIN A. STEPANEK, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Continue Pretrial Motions Deadline, (filing no. 16), from December 7, 2011, for a period of not less than forty-five (45) days. Defense counsel explains that the discovery materials are voluminous and additional time is needed to review the materials and consult with the defendant regarding the filing of pretrial motions. The Court, being fully advised in the premises finds that said motion should be granted.

IT IS THEREFORE ORDERED:

1) Defendant's deadline to file pretrial motions is continued to January 23, 2012.

2) Trial of this case is continued pending resolution of any pretrial motions filed.

3) The Court finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's deadline to file pretrial motions. This Court further finds that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from December 7, 2011, until January 23, 2012 shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED this 2nd day of December, 2011.

BY THE COURT:

*[signature]*
United States Magistrate Judge