IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:11CR3114 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERVIN A. STEPANEK, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's unopposed motion to continue his sentencing hearing presently scheduled for August 29, 2012 (filing no. 37). Being fully advised in the premises, and noting that the government has no objection, this Court finds that defendant's motion should be granted.

IT IS ORDERED that defendant's sentencing hearing is rescheduled to October 16, 2012, at 12:00 noon. The defendant is ordered to appear at this hearing.

DATED this 28th day of August, 2012

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge